UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR0662-WQH |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF |
| | ) | INFORMATION, EXONERATE THE BOND, |
| v. | ) | AND PASSPORT BE RELEASED BY |
| | ) | PRETRIAL IF HELD |
| ALEJANDRO RAPHAEL ESTRADA (1), | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed as to this defendant without prejudice, the bond be exonerated, and passport to be released by Pretrial if held.

IT IS SO ORDERED.

DATED: __3/2/12_____.


_____
HONORABLE CATHY A. BENCIVENGO
United States District Judge